## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KAREN A. KAVALAUSKAS**, <br><br> Plaintiff, <br><br> *v.* <br><br> **PNC BANK, et al.**, <br><br> Defendants. | **CIVIL ACTION** <br><br><br> **NO. 21-3395-KSM** |

## ORDER

**AND NOW**, this 24th day of October, 2022, upon consideration of the parties' joint letter request for an extension to the Order of Dismissal so that the Court may retain jurisdiction over the matter while the parties' performance under the settlement agreement is completed, which is attached to this Order, and finding good cause shown for modification of this Court's order dismissing the case under Local Civil Rule 41.1(b), it is **ORDERED** that the request is **GRANTED**.  The Court retains jurisdiction over this matter through November 14, 2022 while the parties complete their settlement obligations.


*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.



Fighting For Employee Rights for Over 30 Years

| | | | |
|---|---|---|---|
| 1525 Locust Street | 9th Floor | Philadelphia, PA 19102 | 215-545-7676 |
| 110 Marter Avenue | Suite 502 | Moorestown, NJ 08057 | 856-854-4000 |
| 5 Penn Plaza | 23rd Floor | New York, NY 10001 | 917-985-7761 |
| 744 W Lancaster Ave. | Suite 220 | Wayne, PA 19087 | 610-596-9796 |

www.ConsoleLaw.com

KATHERINE C. OELTJEN
oeltjen@consolelaw.com
215-565-2852 Fax

October 18, 2022

*Via Email* (Chambers_Judge_Marston@paed.uscourts.gov)

The Honorable Karen S. Marston
United States District Judge
5614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

> Re: ***Karen A. Kavalauskas v. PNC Bank, et al.***
> **Civil Action No.: 21-3395-KSM**

Dear Judge Marston:

I represent the Plaintiff, Karen A. Kavalauskas, in the above referenced matter. I write jointly with counsel for Defendants to request an extension to the Order of Dismissal (ECF 33) which was entered on August 2, 2022, and which is set to expire on Monday, October 31, 2022.

Ms. Kavalauskas returned her executed settlement agreement and tax forms to counsel for Defendants on Monday, October 10, 2022. Defendants now have thirty (30) days to fulfil their respective obligations (through Wednesday, November 9, 2022). Thus, the parties request that the Order of Dismissal be extended by two (2) weeks—through Monday, November 14, 2022—so that the Court may retain jurisdiction over this matter while all performance is completed.

Respectfully submitted,

*/s/ Katherine C. Oeltjen*

KATHERINE C. OELTJEN

KCO:db

cc:    Alnisa S. Bell, Esquire (via email)
       Jacob Oslick, Esquire (via email)
       Lauren C. Bateman, Esquire (via email)

1